AO 442 (Rev. 01/09) Arrest Warrant

FILED
Charlotte
Sep 23 2024
U.S. District Court
Western District of N.C.

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

**RECEIVED
UNITED STATES MARSHAL
10:20 am, Sep 18 2024
WESTERN NORTH CAROLINA
CHARLOTTE**

| | |
|---|---|
| United States of America<br>v.<br>(3) RASHAD LOWERY<br>*Defendant* | )<br>)<br>)  Case No. 3:24-CR-179-003-FDW<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **(3) RASHAD LOWERY**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

COUNT ONE -- CONSPIRACY TO COMMIT BANK FRAUD

Date: 9/17/2024

*Issuing officer's signature*

City and state: Charlotte, North Carolina

KATHERINE HORD SIMON, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 9/17/24, and the person was arrested on *(date)* 9/23/24
at *(city and state)* Charlotte, NC

Date: 9/23/24

*Arresting officer's signature*

Neil Mahoney  Postal Inspector
*Printed name and title*